| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
| --- | --- |
| Brian K. Tester, Esq. (USDC-CA #149109)<br>McConnell Valdes LLC<br>270 Munoz Rivera Ave.<br>Hato Rey, PR 00918<br>T: (787) 250-5638<br>F: (787) 759-8282<br>bkt@mcvpr.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re: | |
| --- | --- |
| MAIYA WISH LLC<br><br>Debtor(s) | CASE NO.: 9:26-10018-RC<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Order Confirming Ch 11 Amended Plan |

PLEASE TAKE NOTE that the order titled Order Confirming Chapter 11 Subchapter V Small Busness Plan

was lodged on (*date*) 06/08/2026 and is attached. This order relates to the motion which is docket number 77.

[1] Please abbreviate if title cannot fit into text field.

L . O . U
Lodged Order Upload

**Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, June 08, 2026

CONFIRMATION :

Your Lodged Order Info:
( **11349955.docx** )
A new order has been added

- **Office**: Northern Division
- **Case Title**: Maiya Wish LLC
- **Case Number**: 26-10018
- **Judge Initial**: RC
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 77
- **On Date**: 06/08/2026 @ 09:12 AM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Brian K. Tester, Esq. (USDC-CA #149109)
bkt@mcvpr.com
**McCONNELL VALDÉS LLC.**
270 Muñoz Rivera Ave.
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel. (787) 250-5638
Fax. (787) 759-8282

Attorneys for Debtor

**UNITED STATES BANRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>MAIYA WISH LLC<br><br>Debtor | Case No. 9:26-bk-10018-RC<br><br>Chapter 11 Case<br><br>**ORDER CONFIRMING CHAPTER 11 SUBCHAPTER V SMALL BUSINESS PLAN**<br><br>Date: June3, 2026<br>Time: 1:00 p.m. (PST)<br>Place: 1415 State Street<br>Santa Barbara, CA 93101<br>Courtroom 201 |

On June 3, 2026, the Court held a hearing to consider the confirmation of the Amended Small Business Plan of Reorganization filed by Maiya Wish LLC. on May 8, 2026 (Dkt. No. 77). The Subchapter V Trustee and the United States Trustee appeared.

The Court, finding the Amended Plan and notice thereof having been duly transmitted to creditors and equity security holders and it having been determined that the requirements for confirmation set forth in 11 U.S.C. § 1191(a) have been satisfied, hereby **ORDERS** as follows:

1. The Amended Plan is **confirmed** as a consensual plan pursuant to 11 U.S.C. § 1191(a).

2. The Debtor shall make the creditor payments as set forth in the Amended Plan within a 5-year period and the allowed administrative expense claims not later than the Effective Date.

3. Pursuant to 11 U.S.C. § 1183(c)(2), not later than 14 days after the Plan is substantially consummated, the Debtor shall file with the court and serve on the trustee, the United States trustee, and all parties in interest notice of such substantial consummation.

4. The trustee's services are terminated upon the substantial consummation of a consensual plan pursuant to 11 U.S.C. § 1183(c)(1).

5. The confirmation of a consensual plan discharges the Debtor under 11 U.S.C. § 1141(d).

6. A post-confirmation status conference is hereby scheduled for September 23, 2026, at 11:00 a.m. in Courtroom 201, at the U.S. Bankruptcy Court located on 1415 State Street, Santa Barbara, California 93101. The Reorganized Debtor shall file a post-confirmation status report not later than September 9, 2026, containing the information set forth in Local Bankruptcy Rule 3020-1(b), unless the case is earlier concluded by issuance of a final decree.

**IT IS SO ORDERED.**

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
McConnell Valdes LLC, 270 Munoz Rivera Ave., Hato Rey, PR 00918

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/08/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jennifer Witherell Crastz on behlaf of City National Bank jcrastz@hrhlaw.com; Brian David Fittipaldi on behlaf of the U.S. Trustee (ND) brian.fittipaldi@usdoj.gov; John-Patrick McGinnis Fritz (TR) jpf@trustesolutions.net, jpftrustee@lnbyg.com; Callan C. Searcy on behalf of Texas Comptroller, Revenue Accounting Division bk-csearcy@texasattorneygeneral.gov; U.S. Trsuee (ND) ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) 06/08/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/08/2026 | Brian K. Tester | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-9
Case 9:26-bk-10018-RC
Central District of California
Santa Barbara
Mon Jun 8 09:31:56 PDT 2026

City National Bank
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

Maiya Wish LLC
2510 Ladera Road
Ojai, CA 93023-9392

McConnell Valdes LLC
270 Munoz Rivera Ave
Hato Rey, Puerto Rico
PO Box 364225
San Juan, PR 00936-4225

Northern Division
1415 State Street,
Santa Barbara, CA 93101-2511

4SBay Partners
1849 Green Bay Road Suite 280
Highland Park, Illinois 60035-3167

Advisory Marketing LLC
870 W 16th Street
Newport Beach, CA 92663-2802

Altus receivables Management
2121 Airline Drive Suite 520
Metairie, LA 70001-5987

Arkansas Department of Finance & Administrat
Revenue Legal Counsel
PO Box 1272, Room 2380
Little Rock, AR 72203-1272

Aubrey Thrasher LLC
3050 Peachtree Road NW Suite 240
Atlanta, GA 30305-2212

Barrel NY
197 Grand Street, Suite 7S
New York, NY 10013-3954

Becker Realty
PO Box 23277
Ventura, CA 93002-3277

Berkovitch & Bouskila, PLLC
1545 Route 202 Suite 101
Pomona, NY 10970-2951

CA CDFTA
651 Bannon Street Suite 100
Sacramento, CA 95811-0356

CA FTB
PO Box 942840
Sacramento CA 94240-0001

California Dept. of Tax and Fee Administrati
Collections Support Bureau MIC: 29
PO Box 942879
Sacramento, CA 94279-0029
Sacramento, CA 94279-0029

Christopher K. Jones
Keogh, Cox & Wilson, Ltd.
701 Main Street
Baton Rouge, LA 70802-5527

City National Bank
555 S Flower Street
Los Angeles, CA 90071-2300

City National Bank
c/o Jennifer Witherell Crastz
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2829

ClearCo
33 Yonge Street Suite 1302
Toronto, Ontario M5E 1G4

Clearfund
99 Wall Street STE #2613
New York, NY 10005-4301

Colorado Department of Revenue
Attn: Bankruptcy
PO Box 17087
Denver, CO 80217-0087

Colorado Department of Revenue
Denver, CO 80261-0004

Commonwealth of Virginia
Department of Taxation
1957 Westmoreland Street
Richmond, VA 23230-3225

Commonwealth of Virginia Department of Taxat
Department of Taxation
PO BOX 2156
RIchmond, VA 23218-2156

David M. Serepca, Esq.
McMahon Serepca LLP
1900 South Norfolk Street, Suite 350
San Mateo, CA 94403-1171

Dedicated Financial
4000 Lexington Ave N Suite 125
Shoreview, MN 55126-3153

EJ Harrison
1589 Lirio Ave
Ventura, CA 93004-3227

EJ Harrison
800 S Victoria Ave
Ventura, CA 93009-1600

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0125

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Gil Hopenstand
312 N. Spring St., 5th Floor
Los Angeles, CA 90012-4701

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043-1351

Google
PO Box 1568
Mountain View, CA 94042-1568

Google LLC
c/o White and Williams LLP
Attn: James Vandermark
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7304

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Indiana Dept of Revenue
100 N Senate Avenue
Indianapolis, IN 46204-2253

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTUIT PAYMENT SOLUTIONS LLC
INTUIT INC C/O CORPORATION SERVICE COMPANY
2710 GATEWAY OAKS DRIVE SUITE 150N
SACRAMENTO CA 95833-3502

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
& Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jeremiah Vandermark
c/o White and Williams LLP
Attn: James Vandermark
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7304

LA Sales & Use Tax Commission for Remote Sel
Christopher K. Jones
701 MAIN STREET
BATON ROUGE, LA 70802-5527

Louisiana Sales & Use Tax Commission
7722 Office Park Blvd Suite 400
Baton Rouge, LA 70809-7601

MN Department of Revenue
PO Box 64447-BKY
St Paul, MN 55164-0447

Maryland Revenue Administration Div
PO Box 8888
Annapolis, MD 21401-8888

Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA 02114-2509

Massachusetts Department of Revenue
PO Box 7090
Boston, MA 02204-7090

(p)MCCARTHY BURGESS & WOLFF
26000 CANNON RD
CLEVELAND OH 44146-1807

Meta Platforms, Inc.
1601 Willow Rd
Menlo Park, CA 94025-1452

Meta Platforms, Inc.
c/o David M. Serepca, Esq.
McMahon Serepca LLP
1900 South Norfolk Street, Suite 350
San Mateo, CA 94403-1171

Meta Technologies
1601 Willow Road
Menlo Park, CA 94025-1452

Michigan Department of Treasury
Collections Services Bureau
P.O. Box 30199
Lansing, MI 48909-7699

Minnesota Department of Revenue
600 N. Robert Street
St. Paul MN 55101

N.C. Department of Revenue
PO Box 25000
Raleigh, NC 27640-0002

New Jersey Division of Taxation
Revenue Processing Center
PO Box 999
Trenton, NJ 08646-0999

NewCo Capital Group
1801 NE 123rd St
North Miami, FL 33181-2817

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

ODK Capital LLC
4700 W Daybreak Pkwy., Ste 200
South Jordan, UT 84009-5133

Ohio Department of Taxation
ATTN: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216-2678

OnDeck
1400 Broadway
25th Floor
New York, NY 10018-5225

Open Boarder
1317 Edgewater Dr #6010
Orlando, FL 32804-6350

OpenBorder, Inc
1317 Edgewater Drive #6010
Orlando, FL 32804-6350

PayPal
PO Box 45950
Omaha, NE 68145-0950
Attn: Legal Specialists

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Department of Revenue
Harrisburg, PA 17128-2005

Pointelle Inc
18118 S Broadway #A
Gardena, CA 90248-3536

Power Digital
2251 San Diego Avenue
Suite A250
San Diego, CA 92110-2984

Radius Global Solutions
7831 Glenroy Rd Ste 250
Edina, MN 55439-3117

Revenued
99 Wall Street
New York NY 10005
STE 10005-4301

(p)U S SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

Shopify Capital
151 O'Connor Street
Ottawa ON K2P 2L8, Canada

Somerce Ltd.
Unit 6
Staffordshire ST18 0LQ
United Kingdom

State of Arkansas
Sales and Use Tax Section
PO Box 8092
Little Rock, AR 72203-8092

(p)CONNECTICUT DEPARTMENT OF REVENUE SERVICES
ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM
450 COLUMBUS BLVD STE 1
HARTFORD CT 06103-1837

State of Maine
Maine Revenue Services
PO Box 1060
Augusta ME 04332-1060

State of NJ Division of Taxation Bankruptcy
P.O. Box 245
Trenton, NJ 08695-0245

State of Tennessee Dept. of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville, TN 37242-0001

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

State of Vermont
Department of Taxes
133 State Street
Montpelier, VT 05633-1401

State of Washington
Department of Revenue
PO Box 47473
Olympia, WA 98504-7464

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive
Newport Beach, CA 92660-6458

Strocko Consulting
212 Warren St. Apt 15L
New York, NY 10282-0062

Texas Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

The Hettena Law Firm
31348 Via Colinas Ste 106
Westlake Village, CA 91362-6803

The Klein Law Firm
PO Box 714
Lakewood, NJ 08701-0714

Three Hive
10127 Phillips Road
Lafayette, CO 80026-9732

Three Hive Strategy, LLC
10127 Phillips Road
Lafayette, CO 80026-9732

Tucker, Albin & Associates
1702 N Collins Blvd Suite 100
Richardson, TX 75080-3662

ULINE
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

UPS Supply Chain Solutions
12380 Morris Road,
Alpharetta, GA 30005-4616

UTAH STATE TAX COMMISSION
Attn: Bankruptcy Unit
210 N 1950 W
SALT LAKE CITY, UT 84134-9000

United States Trustee (ND)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Unquestionable Love LLC
2510 Ladera Road
Ojai, CA 93023-9392

Utah State Sales Tax Commission
Taxpayer Division Services
210 N 950 W Salt Lake City
Utah, UT 84134-0700

Vector Apparel Projects, Inc.
1659 E 23rd Street
Los Angeles, CA 90011-1803

WA Department of Revenue
2101 4th Ave Suite 1400
Seattle, WA 98121-2300

Brian K Tester
McConnell Valdes LLC
270 Munoz Rivera Ave.
Hato Rey, PR 00918-1901

John-Patrick McGinnis Fritz (TR)
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
2595 Century Parkway
Ste 339
Atlanta, GA 30345

(d)Georgia Department of Revenue
Taxpayer Services Division
P.O. Box 105499
Atlanta, GA 30348-5499

Illinois Department of Revenue
Bankruptcy Section, PO Box 19035
Springfield, IL 62794-9035

(d)Illinois Department of Revenue
PO BOX 19035
Springfield, IL 62794-9035

Indiana Department of Revenue
100 North Senate Ave N-240 MS 108
Indianapolis, IN 46204

Intuit Payment Solutions
2700 Coast Avenue
Mountain, View CA 94043

McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford Heights, Ohio 44146

SBA
312 N. Spring St.
Los Angeles, CA 90012

State of Connecticut
Department of Revenue Services
450 Columbus Blvd, Suite 1
Hartford, CT 06103

State of Texas
State Comptroller
PO Box 149359
Austin, TX 78714-9359

(d)U.S. Small Business Administration
312 N Spring Street, 5th Fl
Los Angeles, CA 90012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.